**AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Annie Raines, on behalf of herself
and all others similarly situated,

      vs.                        Case No. 2:17-cv-209

Salo, Inc. d/b/a Interim Healthcare,     **Judge Michael H. Watson**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the April 10, 2018 Opinion and Order, the Court GRANTS the parties' joint motion for settlement approval. The Court DISMISSES with prejudice this action.

Date: **April 10, 2018**        **Richard W. Nagel, Clerk**

                                          s/ Jennifer Kacsor
                                          By Jennifer Kacsor/Courtroom Deputy